83

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEC 1 2 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

Jennifer Bryant
(Enter above the full name of the plaintiff in this action)

COMPLAINT

v.

Darlen Vanora
Darlene Vanore

Civil Action No. _____
(To be supplied by the Clerk of the Court)

_____
_____

(Enter above the full name of the defendant or defendants
in this action)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

    a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

    b. a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    **✓**   42 U.S.C. § 1983 (applies to state prisoners)

    _____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    _____

2. Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

    a. Parties to previous lawsuit:

    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

    b. Court and docket number: _____

    c. Grounds for dismissal: ( ) frivolous   ( ) malicious   ( ) failure to state a claim upon which relief may be granted

    d. Approximate date of filing lawsuit: _____

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

 e. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _____

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

 a. Name of plaintiff: Jennifer Bryant
  Address: PO box 90431
  Camden NJ 08102
  Inmate #: 291995

 b. First defendant -- name: Darlen Vanora
  Official position: Correctional Officer
  Place of employment: Camden County Jail

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

She slammed in kept my hand in the door for 2 hours trashed all my personal belongs messed with my mind mental, physical pain in suffering harassment racial words

**FORM TO BE USED BY A PRISONER IN FILING A**
**CIVIL RIGHTS COMPLAINT**

   c. Second defendant – name: _____

      Official position: _____

      Place of employment: _____

      How is this person involved in the case?
        (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

   d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes  ____ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

*I wrote SGTs LTs Capts the administrative about everything I put in alot of remedies about this matter*

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

DNJ-ProSe-006-Rev 4/2006

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

10-2-14 The Lertossment keep threaten me about fireing me. Then on 10-2-14 calle me racial names the SGT had to tell her to leave the block on 11-5-14 kept me lock down for no reason the jail didnt know about it. Its alot of remedies about Officer D. Vanore on 12-1-14 she slammed my hand in the door everybody bangs she kept my hand there for 2 hours in wrote it in her report Threw my clothes in the trash damage commissary. Rip up my discovery. C/O Steward saw my hand stuck in the door. Always calling me bitches wont wouldnt give me supplies 12-3-14 she came pass my door saying smart words about my hand that she should of broke it on 12-3-14 LT Monroe made her leave the block because she kept saying fuck me to get me started he had to tell her 3 times to leave the block away from my door

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Its cruel to keep a person hand in the door for shours that was stress. pain to me mentally To throw away all my clothes and to destroy my belongies I want the court to ~~pros~~ file a civil complicant againts Officer Darlene Vanore

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial    ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of __December__, 200__14__.

_Jennifer Bryant_
Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.